

**ORDERED in the Southern District of Florida on December 27, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

```
             UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
IN RE:
OSCAR IZQUIERDO,            Case no. 17-22502-AJC
                            Chapter 7 Case
        Debtor(s).      /
```

### AGREED ORDER APPROVING JOINT EX-PARTE AGREED MOTION TO APPROVE ASSUMPTION OF LEASE AND LIMITED RELIEF FROM STAY

**THIS CAUSE** came before the Court without hearing on the Joint Ex-Parte Motion of Cab East LLC and Debtor to Approve Assumption of Lease and for Limited Relief from Stay. Debtor wishes to assume the July 31, 2016 lease with Cab East LLC ("Cab East") regarding the **2017 LINCOLN MKZ, VIN 3LN6L5C93HR614881** (account no. xxxx0133). Cab East agrees to the entry of this order. Pursuant to section 365(d)(1) of the Bankruptcy Code, the chapter 7 trustee had until December 15, 2017 to assume the lease of personal property. The Trustee has not filed a motion

to approve or authorize assumption of the lease. Accordingly, upon consideration of the joint motion and the record, it is

**ORDERED** as follows:

1. Debtor's assumption of the lease with Cab East is **APPROVED.**

2. The automatic stay is modified to allow Cab East, in its sole discretion, to resume submitting monthly invoices to debtor pursuant to the lease.

3. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Cab East may immediately enforce and implement this order.

###

Copies furnished to:

Gerard M. Kouri, Jr., Esq., counsel for Cab East
Office of the US Trustee
Marcia T. Dunn, Trustee
Patrick L. Cordero, Esq., attorney for debtor

Attorney Kouri is directed to mail a conformed copy of this Order to Oscar Izquierdo, debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

Submitted by:
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax  (954) 862-1732
Email: gmkouripaecf@gmail.com