**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                  Case No. 17-22502-BKC-AJC
                                                        Chapter 7
IZQUIERDO, OSCAR


_____Debtor(s)_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The Trustee herein files this Notice of Final Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on **November 21, 2018**. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 5011.

Date: November 21, 2018                    By: _/s/ Marcia T. Dunn, Trustee_____
                                           Marcia T. Dunn, Trustee
                                           555 N.E. 15th Street
                                           Suite 934-A
                                           Miami, Florida 33132
                                           Telephone: (786) 433-3866
                                           Facsimile: (786) 260-0269
                                           Email: mdunn@dunnlawpa.com

# Claims Distribution Register

## Case: 17-22502-AJC OSCAR IZQUIERDO

| Claim # | Date | Pri | Claimant<br>Proof/<Category>/Memo | Amount<br>Filed | Amount<br>Allowed | Paid to<br>Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|
| **Ch. 7 Admin Claims** | | | | | | | | |
| | | 100 | MARCIA T. DUNN<br>555 N.E. 15 STREET, SUITE<br>934-A<br>MIAMI, FL 33132 | 675.00 | 675.00 | 675.00 | 0.00 | 0.00 |
| | | 100 | MARCIA T. DUNN<br>555 N.E. 15 STREET, SUITE<br>934-A<br>MIAMI, FL 33132 | 47.32 | 47.32 | 47.32 | 0.00 | 0.00 |
| 5 | | 100 | DUNN LAW, P.A.<br>555 N.E. 15th Street<br>Suite 934-A<br>Miami, FL 33132 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 6 | | 100 | DUNN LAW, P.A.<br>555 N.E. 15th Street<br>Suite 934-A<br>Miami, FL 33132 | 89.97 | 89.97 | 89.97 | 0.00 | 0.00 |
| | **Total for Priority 100  100.00 % Paid** | | | **1,812.29** | **1,812.29** | **1,812.29** | **0.00** | **0.00** |
| | **Total for Ch. 7 Admin Claims:** | | | **1,812.29** | **1,812.29** | **1,812.29** | **0.00** | **0.00** |
| **Unsecured Claims** | | | | | | | | |
| 1 | 03/26/18 | 300 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | 6,449.42 | 6,449.42 | 484.72 | 5,964.70 | 0.00 |
| 2 | 04/06/18 | 300 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | 3,242.18 | 3,242.18 | 243.68 | 2,998.50 | 0.00 |
| 3 | 04/06/18 | 300 | Lincoln Automotive Financial<br>Services<br>Po Box 62180<br>Colorado Springs, Co 80962 | 13,568.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 06/19/18 | 300 | PYOD, LLC<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | 1,321.36 | 1,321.36 | 99.31 | 1,222.05 | 0.00 |
| | **Total for Priority 300  7.52 % Paid** | | | **24,581.46** | **11,012.96** | **827.71** | **10,185.25** | **0.00** |
| | **Total for Unsecured Claims:** | | | **24,581.46** | **11,012.96** | **827.71** | **10,185.25** | **0.00** |
| | **Total for Case:** | | | **26,393.75** | **12,825.25** | **2,640.00** | **10,185.25** | **0.00** |